UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BRIGITTE CASEY,

                                Plaintiff,

      -against-

CVS ALBANY, L.L.C. and CVS PHARMACY, INC.,

                              Defendant.
-----------------------------------------------------------------------X

**PETITION FOR REMOVAL**

Docket No.:

Jury Trial Demanded

ECF Case

       Defendant, CVS ALBANY, L.L.C. and CVS ALBANY, L.L.C. i/s/h/a CVS PHARMACY, INC., petitioner for the removal of this action from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court, Eastern District of New York, respectfully show this Honorable Court:

       <u>**FIRST**</u>:      Plaintiff commenced an action against the above-named defendant in a Civil Action brought against it in the Supreme Court of the State of New York, County of Suffolk, entitled:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-----------------------------------------------------------------------X    Index No.: 603397/2022
BRIGITTE CASEY,

                                Plaintiff,

      -against-

CVS ALBANY, L.L.C. and CVS PHARMACY, INC.,

                              Defendant.
-----------------------------------------------------------------------X

       A copy of the Summons and Complaint in this action is annexed hereto as **Exhibit "A"** and made a part hereof. Upon information and belief, the foregoing constitutes all process,

pleadings and orders allegedly served upon the parties in this action.  Plaintiff purportedly served

the Summons and Complaint

**SECOND:**      This is an action of civil nature in which the District Courts of the United

States have been given original jurisdiction in that there exists diversity of citizenship between the

plaintiff and the defendant and the amount in controversy exceeds the sum of $75,000.00 exclusive

of interests and costs.  Accordingly, there exists jurisdiction in the District Court of the United

States as provided in 28 U.S.C. §1332.

**THIRD:**      Under the provisions of 28 U.S.C. §1441, the right exists to remove this

civil action from the Supreme Court of the State New York, County of Suffolk to the United States

District Court for Eastern District of New York, which embraces the place where this action is

pending.  In the Complaint, Plaintiff Brigitte Casey seeks judgment as a result of personal injuries

allegedly sustained as a result of an accident that allegedly occurred on November 23, 2020, at the

premises located at 15 West Main Street, East Islip, County of Suffolk, in which plaintiff sustained

severe injuries.

**FOURTH:**      The action involves a controversy between citizens of different States.

Upon information and belief, the Plaintiff is, and was at the commencement of the action, a citizen

of the State of New York.  Defendant CVS ALBANY, L.L.C. and CVS ALBANY, L.L.C. i/s/h/a

CVS PHARMACY, INC., is a domestic limited liability company having been registered in the

State of New York.  The citizenship of a limited liability company is determined by the citizenship

of its members. *See Carden v. Arkoma Assocs.,* 494 U.S. 185, 110 S.Ct. 1015 (1990); *Quantlab*

*Fin., LLC, Quantlab Tech. Ltd. (BVI) v Tower Research Capital, LLC*, 715 F Supp 2d 542

(S.D.N.Y. 2010).  CVS PHARMACY, INC. is the sole member of Defendant CVS ALBANY,

L.L.C. and CVS ALBANY, L.L.C. i/s/h/a CVS PHARMACY, INC. and is a foreign business

corporation at all times having its principal place of business at One CVS Drive, Woonsocket, Rhode Island, 02895, and is incorporated in the State of Rhode Island.  As such, the Defendant, CVS ALBANY, L.L.C. and CVS ALBANY, L.L.C. i/s/h/a CVS PHARMACY, INC., has Rhode Island citizenship for purposes of diversity jurisdiction. CVS ALBANY, L.L.C. is wholly owned subsidiary of CVS Health Corporation. CVS Health Corporation has no parent corporation and no publicly held corporation owns 10 percent or more of CVS Health Corporation's stock. The principal place of business of CVS ALBANY, L.L.C. and CVS Health Corporation is One CVS Drive, Woonsocket, Rhode Island 02895. As such, Defendant, CVS ALBANY, L.L.C. and CVS ALBANY, L.L.C. i/s/h/a CVS PHARMACY, INC., has Rhode Island citizenship for purposes of diversity jurisdiction.

**FIFTH:**        Upon information and belief, Plaintiff's amount in controversy exceeds the $75,000.00 threshold exclusive of interest and costs.  Plaintiff's Complaint does not specify the amount of damages because under New York State CPLR Section 3017(c), a plaintiff in a personal injury matter filed in the Supreme Court of the State of New York is not permitted to assert the damages amount in the Complaint.  The Complaint sets forth general allegations that Plaintiff's damages were in excess of the jurisdictional limits of the lower courts. Furthermore, plaintiff claims that she sustained exceedingly severe and serious bodily injuries, has suffered and will continue to suffer physical pain and mental anguish. Some injuries will be of a permanent nature and as a result, she has been incapacitated in attending to her usual vocation. She has been obligated to and did obtain medical attention in an endeavor to cure herself and may be compelled to undergo future surgery.  Prior to this application, my office contacted plaintiff's counsel and they would not consent to capping damages at $75,000.00. They advised that the injuries were significant. If these allegations are ultimately proven, all of which are expressly denied, then a

verdict in this matter could exceed $75,000.00. Accordingly, there exists original jurisdiction in the District Court of the United States as provided in 28 U.S.C. Section 1332.

**SIXTH:**      The Defendant was purportedly served with a copy of the initial pleading setting forth the claim upon which this action is based on or about March 1, 2022. Therefore, this Notice of Removal is timely under 28 U.S.C. Section 1446(b).

**SEVENTH:**   Pursuant to 28 U.S.C. Section 1446, a copy of the Summons and Verified Complaint, which constitutes all process, pleading or orders served or filed by the parties in the Supreme Court of the State of New York, is attached hereto as **Exhibit "A"** and incorporated herein by reference.

**EIGHTH:**    By reason of the foregoing, Defendant CVS ALBANY, L.L.C. and CVS ALBANY, L.L.C. i/s/h/a CVS PHARMACY, INC. desires and is entitled to have this action removed from the Supreme Court of the State of New York, County of Suffolk to the United States District Court for the Eastern District of New York, such being the district where this suit is pending.

**NINTH:**     Concurrent with the filing of service and petition for removal, Defendant is serving this petition for removal upon the Plaintiff's attorney and filing a copy of this petition for removal with the Clerk of the Court for the Supreme Court of the State of New York County of Suffolk.

**TENTH:**     This Petition for Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE,** and without waiver of any substantial or procedural defenses, defendant, CVS ALBANY, L.L.C. and CVS ALBANY, L.L.C. i/s/h/a CVS PHARMACY, INC., prays that

the above-entitled action now pending against it in the Supreme Court of the State of New York,

County of Suffolk, be removed therefrom that Court.

Dated: Garden City, New York
　　　　March 4, 2022

　　　　　　　　　　　　　　　　　　By:　　/s/ *Gary Muhlstock*
　　　　　　　　　　　　　　　　　　　　　Gary Muhlstock, Esq.
　　　　　　　　　　　　　　　　　　　　　CULLEN and DYKMAN, LLP
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　CVS ALBANY, L.L.C. and
　　　　　　　　　　　　　　　　　　　　　CVS ALBANY, L.L.C. i/s/h/a
　　　　　　　　　　　　　　　　　　　　　CVS PHARMACY, INC.
　　　　　　　　　　　　　　　　　　　　　100 Quentin Roosevelt Blvd.
　　　　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　　　516-357-3700
　　　　　　　　　　　　　　　　　　　　　File No.: 23000-190 GPM

To:

John Zervopoulos, Esq.
SALENGER, SACK, KIMMEL & BAVARO, LLP
Attorneys for Plaintiff
180 Froehlich Farm Boulevard
Woodbury, New York 11797
516-677-0100